## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL A. STARNES, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) NO. 08-CV-825-DRH |
| LAPHAM-HICKEY STEEL CORP., | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 23, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs----------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**


BY:     /s/*Sandy Pannier*     
            **Deputy Clerk**

Dated: September 1, 2009


APPROVED: /s/     *David R Herndon*     
            CHIEF JUDGE
            U. S. DISTRICT COURT